

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-22-00032-CV

**IN THE INTEREST OF N.M.R., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01170
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The briefs of appellants K.H. and L.R. were originally due on February 28, 2022. On that date, appellant K.H. filed a motion requesting a thirty-day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant K.H. to file her brief **by March 31, 2022**. **Appellant is advised that further extensions of time will be disfavored**.

At this time, we have not received either a brief or a motion for extension of time from appellant L.R. We ORDER appellant L.R. to file his brief **by March 31, 2022**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court